UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | | |
|---|---|---|
| **ALAN CARON SR.** | : | |
| *Plaintiff* | : | **CIVIL ACTION NO. 3:20-cv-01851** |
| | : | |
| **V.** | : | |
| | : | |
| | : | |
| **WALMART STORES EAST, L.P.** | : | |
| *Defendants* | : | **DECEMBER 14, 2020** |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Wal-Mart Stores East, L.P. ("Defendant") by and through their undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby remove this action from the Superior Court, Judicial District of New Britain, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1. The plaintiff, Alan Caron Sr. ("Plaintiff"), commenced an action by service of process on November 18, 2020 against the Defendant in state court entitled, *Alan Caron Sr. v. Wal-Mart Stores East, L.P..*, Docket No. HHB-CV20-6062827-S, and returnable to the Superior Court, Judicial District of New Britain A copy of the referenced Summons and Complaint are attached hereto as Exhibit A.

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on or around November 18, 2020.

- 1 -

3. In the Complaint, the Plaintiff alleges a premise liability action against the Defendant and seeks unspecified damages. However, the Plaintiff alleges that he fell and sustained injuries to her head, right knee, right wrist, and left shoulder. See Exhibit A, at ¶ 6. The Plaintiff further alleges that he has incurred medical expenses for the foregoing injuries, and expects to expend future sums, including for "medical care, therapies, medications, prescriptions and the like." Id. at ¶ 7. The Plaintiff further alleges that the foregoing claimed injuries "have causes Plaintiff severe pain and suffering ... and some or all of said injuries, or the effects thereof, may be permanent and lasting in nature." Id. at ¶8. Based upon Plaintiff's allegations, the amount in controversy exceeds $75,000.00.

4. The Plaintiff resides in New Britain, Connecticut and alleges that he was an invitee at a Wal-Mart retail store in Newington, Connecticut on the date alleged in the Complaint. Defendant Wal-Mart Stores East, L.P., is a foreign limited partnership organized under the laws of the state of Delaware with a principal place of business in Bentonville, Arkansas.

Accordingly, there is complete diversity of citizenship between the Plaintiff and the Defendant.

5. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 14th day of December, 2020.

                                          THE DEFENDANT

                              By: /s/ George C. Springer, Jr.
                                  George C. Springer, Jr. [ct03263]
                                  Michael D. Blumberg [ct28990]
                                  Rogin Nassau LLC
                                  185 Asylum Street, 22nd Floor
                                  Hartford, CT 06103-3460
                                  Tel: (860) 256-6380
                                  Fax: (860) 278-2179
                                  E-mail: gspringer@roginlaw.com

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

**CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 14th day of December 2020 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Kevin C. Ferry, Esq.
    Law Office of Kevin C. Ferry, LLC
    77 Lexington Street
    New Britain, Connecticut 06052
    kevin@ferrylaw.com

    /s/ George C. Springer, Jr.
    George C. Springer, Jr. [ct03263]

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1 Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov |
|---|---|---|

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code)<br>20 Franklin Square, New Britain, CT 06051 | Telephone number of clerk<br>( 860 ) 515 – 5080 | Return Date (Must be a Tuesday)<br>12/22/2020 |
|---|---|---|
| [x] Judicial District  G.A.<br>[ ] Housing Session  Number: | At (City/Town)<br>New Britain | Case type code (See list on page 2)<br>Major: T   Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>Law Office of Kevin C. Ferry, LLC, 77 Lexington Street, New Britain, CT 06052 | Juris number (if attorney or law firm)<br>429851 |
|---|---|
| Telephone number<br>( 860 ) 827 – 0880 | Signature of plaintiff (if self-represented) | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [ ] Yes [x] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Caron, Alan Sr.<br>Address: 60 Dobek Road, New Britain, CT 06052 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Wal-Mart Stores East, LP; 702 SW 8th Street, Mail Stop #0555, Bentonville, AR 72716-0555;<br>Address: Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date<br>11/16/2020 | Signed (Sign and select proper box) | [x] Commissioner of Superior Court<br>[ ] Clerk | Name of person signing<br>Kevin C. Ferry |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date |
|---|---|---|

For Court Use Only
File Date

A TRUE COPY
ATTEST:
MICHAEL DELORENZO
CONNECTICUT STATE MARSHAL

## Instructions

1. Type or print legibly. If you are a self-represented party; this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do *not* use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | | |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | | | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | |
|---|---|
| RETURN DATE: DECEMBER 22, 2020 | : SUPERIOR COURT |
| ALAN CARON, SR. | : J.D. OF NEW BRITAIN |
| V. | : AT NEW BRITAIN |
| WAL MART STORES EAST, LP | : NOVEMBER 16, 2020 |

## COMPLAINT

1. On or about January, 2019, the plaintiff, Alan Caron, Sr., was an invitee of the Wal-Mart Stores East, L.P, Walmart Store #2965, located at 3164 Berlin Turnpike, Newington, CT 06111.

2. Upon information and belief, the defendant, Wal-Mart Stores East, LP, is the owner and operator of the store located at 3164 Berlin Turnpike, Newington, CT 06111.

3. On said date, at approximately 12:00 p.m., the plaintiff was in the store owned and operated by the defendant in Newington, Connecticut.

4. As the plaintiff was shopping in the personal hygiene products aisle of the aforementioned store, he slipped on a slippery substance which had accumulated around the shampoos located in said aisle, thereby, causing him to fall to the ground.

LAW OFFICE OF KEVIN C. FERRY, LLC
77 LEXINGTON STREET · NEW BRITAIN · CONNECTICUT
TEL: (860) 827-0880 · FAX: (860) 827-9942 · JURIS NO. 429851

5. The plaintiff's injuries and consequential losses and damages were the direct and proximate result of the negligence and carelessness of the defendant, Wal-Mart Stores East, LP, their agents, servants and/or employees in one or more of the following ways:

   a. In that the aisle was extremely slippery and not adequately maintained for pedestrian traffic given that this was an area on the inside of the store with frequent pedestrian foot traffic;

   b. In that it allowed the aforesaid area to become extremely slippery despite its knowledge that this was an area in the store containing products its customers frequently touched, opened and/or otherwise manipulated in an effort to smell and/or test the product and as such knew that this was an area on the inside of the store which would likely contain product spills allowing the area to become slippery;

   c. In that it allowed an accumulation of slippery substance to form around the aforesaid aisle;

   d. In that it allowed an accumulation of slippery substance to gather around the aforesaid aisle by failing to place mats, rugs or other protective devices or take other measures to rid said substance from said aisle;

   e. In that it failed to restrict persons from accessing, opening and causing to spill contents from the products contained in said aisle;

   f. In that it failed to warn the plaintiff of the conditions then and there existing;

LAW OFFICE OF KEVIN C. FERRY, LLC
77 LEXINGTON STREET · NEW BRITAIN · CONNECTICUT
TEL: (860) 827-0880 · FAX: (860) 827-9942 · JURIS NO. 429851

g. In that it failed to place a barrier or barricade at the slippery section of the floor in the aisle;

h. In that the conditions existed for a period of time such that they should have been on reasonable, actual and constructive notice that it presented a danger to the plaintiff;

i. In that it failed to comply with its own policy by failing to take action on their part to warn customers of the slippery conditions of the floor;

j. In that if failed to comply with its own policy and procedures to assign associates and/or store employees specific tasks to complete to check on the conditions of the floor;

k. In that it failed to comply with its own policy and procedures to ensure employees and customer service managers alert management to potentially hazardous conditions, in particular the location of Plaintiff's fall;

l. In that it failed to comply with its own policy and procedures to monitor floors for substance accumulation;

m. In that it failed to comply with its own policy and procedures to alert customers and associates of slippery conditions;

n. In that it failed to comply with its own policy and procedures to place caution cones when there were slippery conditions at the site; and

LAW OFFICE OF KEVIN C. FERRY, LLC
77 LEXINGTON STREET · NEW BRITAIN · CONNECTICUT
TEL: (860) 827-0880 · FAX: (860) 827-9942 · JURIS NO. 429851

3

o. In that it failed to comply with its own policy and procedures to check for slippery substances and use a dry mop and bucket to mop up slippery substances every fifteen minutes as needed when there was said substance at an area in the store; and

6. As a result of the negligence and carelessness of the defendant, Wal-Mart Stores East, LP, the plaintiff Alan Caron, Sr., sustained injuries to his person, including but not limited to injuries to the following:

   i.   Head;

   ii.  Right knee;

   iii. Right wrist; and

   iv.  Left shoulder;

and as a result of these injuries the plaintiff has suffered and will with reasonable certainty continue to suffer pain and mental anguish and/or an exacerbation to a pre-existing condition. In addition, the plaintiff required medical care and received orthopedic and follow-up therapeutic care including the prescription of various medications.

7. As a result of the negligence and carelessness of the defendant, Wal-Mart Stores East LP, as aforesaid, the plaintiff, Alan Caron, Sr., has spent and will be obliged in the future to expend sums of money for medical care, therapies, medications, prescriptions and the like in an effort to cure himself.

LAW OFFICE OF KEVIN C. FERRY, LLC
77 LEXINGTON STREET · NEW BRITAIN · CONNECTICUT
TEL: (860) 827-0880 · FAX: (860) 827-9942 · JURIS No. 429851

4

8. The plaintiff's injuries involve muscles, ligaments, nerves, soft tissues, cartilages, discs, bones and joints of the injured parts. All of the said injuries have caused the Plaintiff severe pain and suffering, and a shock to his nervous system and some or all of said injuries, or the effects thereof, may be permanent and lasting in nature.

9. As a further result of the negligence and carelessness of the defendant, Wal-Mart Stores Inc., as aforesaid, the plaintiff, Alan Caron, Sr., was unable to enjoy and participate in his social and recreational activities and may be unable to so participate and enjoy said recreations in the future.

10. As a further result of the negligence and carelessness of the defendant, Wal-Mart Stores Inc., the plaintiff, Alan Caron, Sr., fears a future aggravation of his injuries.

LAW OFFICE OF KEVIN C. FERRY, LLC
77 LEXINGTON STREET · NEW BRITAIN · CONNECTICUT
TEL: (860) 827-0880 · FAX: (860) 827-9942 · JURIS NO. 429851

5

WHEREFORE, the Plaintiff claims and demands:

1. Monetary damages;

2. Costs; and

3. Such other and further relief as this Court deems just and proper.

Hereof fail not, but of this writ, with your doings thereon, make due service and return according to law.

Dated at New Britain, Connecticut, this 12th day of November, 2020.

THE PLAINTIFF,
ALAN CARON, SR.

BY _____
Kevin C. Ferry, Esq.
His Attorney
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
Tel No. (860) 827-0880
Fax No. (860) 827-9942
Juris No. 429851

LAW OFFICE OF KEVIN C. FERRY, LLC
77 LEXINGTON STREET · NEW BRITAIN · CONNECTICUT
TEL: (860) 827-0880 · FAX: (860) 827-9942 · JURIS NO. 429851

A TRUE COPY
ATTEST:
_____
MICHAEL DELORENZO
CONNECTICUT STATE MARSHAL

6

| | |
|---|---|
| RETURN DATE: DECEMBER 22, 2020 | : SUPERIOR COURT |
| ALAN CARON, SR. | : J.D. OF NEW BRITAIN |
| V. | : AT NEW BRITAIN |
| WAL MART STORES EAST, LP | : NOVEMBER 16, 2020 |

### STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is not less than $15,000.00 exclusive of interest and costs.

THE PLAINTIFF,
ALAN CARON, SR.

BY _____
Kevin C. Ferry, Esq.
His Attorney
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
Tel No. (860) 827-0880
Fax No. (860) 827-9942
Juris No: 429851

A TRUE COPY
ATTEST: _____
MICHAEL DELORENZO
CONNECTICUT STATE MARSHAL

7